# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CARLSON PET PRODUCTS, INC., | Case No. 17-CV-02529 (NEB/KMM) |
| Plaintiff, | |
| v. | ORDER |
| NORTH STATES INDUSTRIES, INC., | |
| Defendant. | |

This matter is before the Court on the appeal filed by plaintiff Carlson Pet Products, Inc. ("Carlson") [ECF No. 89] of United States Magistrate Judge Katherine M. Menendez's July 22, 2019 Protective Order [ECF No. 86], and particularly the imposition of a patent prosecution bar as a part of that order. [*See* ECF Nos. 80, 84.]

Review of a magistrate judge's ruling on a nondispositive issue is "extremely deferential." *Scott v. United States*, 552 F. Supp. 2d 917, 919 (D. Minn. 2008). A district court will reverse a magistrate judge's ruling on nondispositive pretrial matters only if it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a). "A finding is 'clearly erroneous' when, although there is evidence to support it, the reviewing court on the entire record is left with the definite and firm conviction that a mistake has been committed." *Edeh v. Equifax Info. Servs., LLC*, 295 F.R.D. 219, 233 (D. Minn. 2013) (quoting *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948)). "A decision is 'contrary to law' when it 'fails to apply or misapplies relevant statues, case

law or rules of procedure.'" *Knutson v. Blue Cross & Blue Shield of Minn.*, 254 F.R.D. 553, 556 (D. Minn. 2008) (quoting *Transamerica Life Ins. Co. v. Lincoln Nat'l Life Ins. Co.*, 592 F.Supp.2d 1087, 1093 (N.D. Iowa 2008)). The Court has reviewed Carlson's objections thoroughly and finds nothing in Magistrate Judge Menendez's order to be clearly erroneous or contrary to law.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that the magistrate judge's July 22, 2019 Protective Order [ECF No. 86] is AFFIRMED.

Dated: September 19, 2019          BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge